NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLELE BIOTECHNOLOGY AND PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

**v.**

**REGENERON PHARMACEUTICALS, INC.,**
*Defendant-Appellant*

---

2025-1117

---

Appeal from the United States District Court for the Southern District of New York in No. 7:20-cv-08255-PMH, Judge Philip M. Halpern.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 31, 2024
Date

**ISSUED AS A MANDATE:** December 31, 2024